U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 20 2018

TONY R. MOORE, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE No. 2:18-cr-0238** |
| **VERSUS** | : | **JUDGE WALTER** |
| **RONALD JOSEPH GUILLORY** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 32] of the Magistrate Judge and the transcript [doc. 34] previously filed herein, and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [doc. 32], and concurring with the findings of the Magistrate Judge under applicable law:

**IT IS ORDERED** that **GUILTY PLEA** entered by defendant **RONALD JOSEPH GUILLORY** on November 15, 2018, before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court pursuant to the provisions of Federal Rule of Criminal Procedure 11.

Shreveport, Louisiana, this 20 day of November, 2018.

_____
**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**